**In the Matter of Jephunneh LAWRENCE, Esquire**

**A Member of the Bar of the District of Columbia Court of Appeals.**

**No. 01–BG–865.**

District of Columbia Court of Appeals.

July 26, 2001.

Before STEADMAN and RUIZ, Associate Judges; and NEBEKER, Senior Judge.

---

# ORDER

PER CURIAM.

On consideration of the petition of the Board on Professional Responsibility for an order of suspension based upon a judicial finding of incapacity, which was duly served upon respondent's legal guardian, and there appearing good cause therefore, it is

ORDERED that pursuant to D.C. Bar Rule XI, § 13(a), JePhunneh Lawrence is suspended from the practice of law, effective immediately, for an indefinite period, or until further order of the Court.